NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RB PHARMACEUTICALS LIMITED,**
*Appellant*

**v.**

**BIODELIVERY SCIENCES INTERNATIONAL, INC.,**
*Appellee*

---

2016-1044

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00325.

---

**JUDGMENT**

---

JEFFREY B. ELIKAN, Covington & Burling LLP, Washington, DC, argued for appellant. Also represented by JEFFREY HOWARD LERNER; DANIEL LADOW, JAMES M. BOLLINGER, MAGNUS ESSUNGER, Troutman Sanders LLP, New York, NY.

LEE CARL BROMBERG, McCarter & English, LLP, Boston, MA, argued for appellee. Also represented by DANIELLE L. HERRITT, ERIK PAUL BELT, KIA LYNN FREEMAN, WYLEY SAYRE PROCTOR.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CHEN and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 10, 2016        /s/ Peter R. Marksteiner
       Date             Peter R. Marksteiner
                          Clerk of Court